O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL R. O'NEAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>RONNIE ROBBINS, ET AL.,<br><br>    Defendants. | CASE NO. CV 08-02441 JVS (RZ)<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: June 24, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE